DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN BORENSTEIN,**
Appellant,

v.

**SOUTH PACIFIC ENTERPRISES L.P.,** d/b/a **THE ROYAL INN HOTEL OF ROYAL PALM BEACH,**
Appellee.

No. 4D2024-3189

[January 22, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502022CA012344.

Benjamin J. Stevenson of Stevenson Legal, PLLC, Pensacola, for appellant.

Thomas A. Valdez and Megan G. Colter of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and Edward C. Prieto and Nicole M. Healy of Quintairos, Prieto, Wood & Boyer, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***